```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
M.T.A. BRIDGES AND TUNNELS, TRIBOROUGH     :
BRIDGES AND TUNNELS, TRIBOROUGH BRIDGES    :
AND TUNNELS AUTHORITY, METROPOLITAN        :    09 Civ. 9170 (DLC)
TRANSIT AUTHORITY,                         :
                        Plaintiffs,        :      PRETRIAL
                                           :   SCHEDULING ORDER
               -v-                         :
                                           :
LIBERTY SURPLUS INSURANCE CORPORATION,     :
NATIONAL CASUALTY COMPANY and TRANSCORE    :
LP, A UNIT OF ROPER INDUSTRIES,            :
                        Defendants.        :
-------------------------------------------X
```

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 2/4/10]

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on **January 29, 2010**, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **February 12, 2010**.

2. No additional parties may be joined or pleadings amended after **February 26, 2010**.

3. Document discovery shall proceed but depositions shall be stayed pending the outcome of the pending remittur motion in the underlying proceeding. The parties shall advise the Court of the outcome of that motion promptly.

4. A status letter is due from the plaintiffs by **June 4, 2010**.

    SO ORDERED:

Dated:   New York, New York
         February 4, 2010

                                    _____
                                           DENISE COTE
                                    United States District Judge